No. 138. BROTHERHOOD OF RAILWAY & STEAMSHIP CLERKS, FREIGHT HANDLERS, EXPRESS & STATION EMPLOYES *v.* ASSOCIATION FOR THE BENEFIT OF NON-CONTRACT EMPLOYEES;

No. 139. UNITED AIR LINES, INC. *v.* NATIONAL MEDIATION BOARD ET AL.; and

No. 369. NATIONAL MEDIATION BOARD ET AL. *v.* ASSOCIATION FOR THE BENEFIT OF NON-CONTRACT EMPLOYEES. C. A. D. C. Cir. Certiorari granted. The cases are consolidated and a total of two hours is allotted for oral argument. *Milton Kramer* and *James L. Highsaw, Jr.,* for petitioner in No. 138. *H. Templeton Brown, Robert L. Stern* and *Stuart Bernstein* for petitioner in No. 139. *Solicitor General Cox, Assistant Attorney General Douglas, Morton Hollander* and *John C. Eldridge* for petitioners in No. 369. *Jerome C. Muys* for respondent in Nos. 138 and 369. *Solicitor General Cox* for respondents in No. 139. *Edward J. Hickey, Jr.,* and *William G. Mahoney* for Railway Labor Executives' Association, as *amicus curiae,* in support of the petition in No. 138. Reported below: 117 U. S. App. D. C. 387, 330 F. 2d 853.

No. 255. AMERICAN SHIP BUILDING CO. *v.* NATIONAL LABOR RELATIONS BOARD. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit granted limited to Question 2 presented by the petition which reads as follows:

"2. Whether, under Section 8 (d) (4), the 1947 Amendment to the National Labor Relations Act, an employer lockout is a corollary of the employees' statutory right to strike?"

*William S. Tyson* for petitioner. *Solicitor General Cox, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for respondent.